# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TIFFANY THOMAS**                                                              **PLAINTIFF**

v.                                         No. 3:15-CV-00293-JTR

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is hereby entered in favor of the Commissioner.

So ordered this 31st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE